# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CHRISTOPHER J. SYRRAKOS
(p/k/a BIG CHRIS),

        Plaintiff,

-vs-                        Case No. 14-C-1197

DEF JAM RECORDINGS, a division of
UNIVERSAL MUSIC GROUP (UMG
RECORDINGS, Inc.), and JAY WAYNE
JENKINS (b/k/a YOUNG JEEZY),

        Defendants.

## DECISION AND ORDER

*Pro se* plaintiff Christopher Syrrakos, a local rapper known as "Big Chris," alleges that Young Jeezy's recent hit song "Me Ok" infringes upon his copyright in a song called "13 Shots." Syrrakos requests leave to proceed *in forma pauperis*.

Syrrakos' financial affidavit demonstrates that he is unable to pay the filing fee to commence this lawsuit. 28 U.S.C. § 1915(a)(1). Beyond that, the Court must inquire as to whether this action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. § 1915(e)(2). Syrrakos' complaint is not frivolous, nor does it seek monetary

relief against a defendant who is immune from such relief. *Id.* Accepting Syrrakos' allegations as true, his complaint states an actionable claim for copyright infringement. *Id.*; *Lavalais v. Vill. of Melrose* Park, 734 F.3d 629, 632 (7th Cir. 2013).

As an aside, the Court is skeptical that it will be able to exercise personal jurisdiction over the defendants in this case. *See, e.g., Bridgeport Music, Inc. v. Still N The Water Pub.*, 327 F.3d 472 (6th Cir. 2003). Young Jeezy is from Atlanta, Georgia, and Def Jam Recordings, a division of UMG Recordings, is located in Santa Monica, California. However, courts generally refrain from exploring personal jurisdiction *sua sponte* because it is an affirmative defense that can be waived. *Ins. Corp. of Ireland, Ltd. v. Compagnie des Bauxites de Guinee*, 456 U.S. 694, 703 (1982). Therefore, the Court will not speculate as to the type or quality of the defendants' contacts with the State of Wisconsin.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT** the plaintiff's motion for leave to proceed *in forma pauperis* [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED THAT** the United States Marshal shall serve a copy of the complaint and this order upon Def Jam Recordings, a division of Universal Music Group (UMG Recordings, Inc.),

and Jay Wayne Jenkins (b/k/a Young Jeezy) pursuant to Federal Rule of Civil Procedure 4. The plaintiff is advised that Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. 1921(a). The current fee for waiver-of-service packages is $8.00 per item mailed. The full fee schedule is provided at 28 C.F.R. §§ 0.114(a)(2), (a)(3).

Dated at Milwaukee, Wisconsin, this 7th day of October, 2014.

BY THE COURT:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**